Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, California 91436
Telephone: 818.839.2333

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN KAYNE, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC. and PAYPAL, INC., <br><br> Defendants. | Case No. <br><br><br> **PLAINTIFF'S NOTICE OF PENDENCY OF RELATED ACTIONS** |

Pursuant to Civil Local Rule 3-13, Plaintiff Benjamin Kayne, individually and on behalf of all others similarly situated, respectfully advises the Court of the following Related Actions:

1. *Wendover Productions, LLC v. PayPal Inc.*, No. 5:24-cv-09470 (the "Wendover Action"), pending before Judge Freeman;

2. *Silva v. PayPal Holdings, Inc.*, No. 5:24-cv-09510, pending before Magistrate Judge van Keulen;

3. *GamersNexus, LLC v. PayPal Holdings, Inc.*, No. 5:25-cv-00114, pending before Judge Freeman;

4. *Young v. PayPal, Inc.*, No. 5:25-cv-00124, pending before Judge Lee;

5. *Coleman v. PayPal Holdings, Inc.*, No. 5:25-cv-00367, pending before Judge Cousins;

6. *Moran v. PayPal, Inc.*, No. 5:24-cv-00476, pending before Magistrate Judge van Keulen;

7. *Bauer v. PayPal, Inc.*, No. 5:25-CV-00580, pending before Magistrate Judge van Keulen;

8. *Brevard Marketing LLC v. PayPal, Inc.*, No. 5:25-CV-00573, judicial assignment pending;

9. *Oganesyan v. PayPal, Inc.*, No. 3:25-CV-00518, pending before Magistrate Judge Kang;

10. *Lyon Fitness, LLC v. PayPal Holdings, Inc.*, No. 5:25-CV-00501, pending before Judge Cousins; and

11. *King v. PayPal Holdings, Inc.*, No. 5:25-CV-00581, judicial assignment pending (collectively, the "Related Actions").

This action overlaps significantly with the newly-filed Related Actions.[1] First, this action and the Related Actions name overlapping defendants—PayPal Inc. and PayPal Holdings, Inc. ("PayPal").  Second, this action and the Related Actions make substantially similar factual allegations.  Specifically, they allege that PayPal diverted commissions due to Plaintiffs and class members via the use of its PayPal Honey web browser extension.  Third, this action and the Related Actions involve overlapping class definitions.  And finally, this action and the Related Actions bring overlapping claims for tortious interference, conversion, and unjust enrichment.  As a result, the adjudication of this action will require resolving the same or substantially similar questions of law and fact as those posed by the Related Actions.  Therefore, coordination with the Related Actions would avoid conflicts, conserve resources, and promote the efficient adjudication of this action.

Dated:     January 20, 2025                                   Respectfully submitted,

*/s/Roland Tellis*
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam M. Tamburelli (SBN 301902)
atamburelli@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

*Attorneys for Plaintiff and the Putative Class*

---

[1] Plaintiffs in one of the Related Actions have filed an unopposed amended administrative motion to consider whether cases should be related, pursuant to Civil Local Rule 3-12. *Wendover Prods.*, No. 5:24-cv-09470, ECF No. 28.