Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam M. Tamburelli (SBN 301902)
atamburelli@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

*Attorneys for Plaintiff Benjamin Kayne*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN KAYNE, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC. and PAYPAL, INC., <br><br> Defendants. | Case No. 5:25-cv-00668-BLF <br><br> **PLAINTIFF BENJAMIN KAYNE'S RESPONSE TO JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

1   In accordance with this Court's Order (ECF 40), Plaintiff Benjamin Kayne ("Plaintiff
2   Kayne") hereby responds to Plaintiffs' Unopposed Joint Motion for Consolidation of Actions and
3   To Set Process for Appointment of Interim Class Counsel (the "Joint Motion") (ECF 38). Plaintiff
4   Kayne does not oppose the Joint Motion and joins in the request for consolidation of all Related
5   Actions and for the Court's issuance of an order establishing a procedure for the filing of
6   applications for the appointment of interim class counsel.

Dated: January 28, 2025                    Respectfully submitted,

/s/ Roland Tellis
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

*Attorneys for Plaintiff Benjamin Kayne*